UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  MICHAEL CHASE LOFTIN                         CHAPTER 13 BANKRUPTCY
        CAITLAN NICOLE LOFTIN                        CASE NO. 24-01954 KMS
        DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

### NOTICE OF FINAL CURE OF MORTGAGE PAYMENTS

COMES NOW, the Trustee, David Rawlings, and files this Notice of Final Cure of Mortgage Payment(s) in regard to the Claim(s) of **REGIONS BANK**.

1. The Debtor(s) has paid in full the amount required to cure any default on the claim(s), i.e. all applicable pre-petition arrearage has been cured and/or all applicable future mortgage payments made through the Plan, have been paid.

2. The above listed holder(s) of said claim(s) is obligated to file and serve a response within 21 days after service of this Notice, as required by and pursuant to FRBP 3002.1(g).

Respectfully submitted,

*/s/ DAVID RAWLINGS*
_____
DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011
ecfNotices@rawlings13.net

### CERTIFICATE OF SERVICE

I, DAVID RAWLINGS, do hereby certify that I have this date transmitted via Electronic Case Filing, and/or via U. S. Mail, postage prepaid, a true and correct copy of NOTICE OF FINAL CURE OF MORTGAGE PAYMENTS (REGIONS BANK (Claim #8)) to the below parties.

Notice Provided via First Class U.S. Mail:

MICHAEL CHASE LOFTIN                         REGIONS BANK
CAITLAN NICOLE LOFTIN                        BANKRUPTCY DEPT
140 Stonybrook Trail SE                       P.O. BOX 1860
Bogue Chitto, MS  39629                       MEMPHIS, TN  38101

NATALIE BROWN
RUBIN LUBLIN, LLC
3145 AVALON RIDGE PLACE
SUITE 100
PEACHTREE CORNERS, GA  30071

Service provided via Notice of Electronic Filing (NEF) through ECF system:

THOMAS C. ROLLINS, JR
UNITED STATES TRUSTEE

Dated this the 15th day of April, 2025.                    /s/ *DAVID RAWLINGS*
                                                                                           DAVID RAWLINGS, TRUSTEE