**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Michael Chase Loftin                      Case No. 24-01954-KMS
             Caitlan Nicole Loftin, Debtors                        Chapter 13

**<u>DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)</u>**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtors certify under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, we have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. We have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then we have not claimed an exemption for my/our residence in an amount in excess of the statutory

      cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

  G. No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

  H. We have made all payments required by my confirmed Chapter 13 plan.

2. Debtors hereby move the court for the entry of a discharge order in this case.

Signed: /s/ Michael Chase Loftin_____ 04-18-2025\_\_\_\_
       Michael Chase Loftin        Date

       /s/ Caitlan Nicole Loftin_____ 04-18-2025\_\_\_
       Caitlan Nicole Loftin        Date

       /s/ Thomas C. Rollins, Jr.,_____ 04-18-2025\_\_\_
       Thomas C. Rollins, Jr., MS Bar No. 103469        Date
       Attorney for the Debtors
       The Rollins Law Firm, PLLC
       P.O. Box 13767
       Jackson, MS 39236
       601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

**CERTIFICATE OF SERVICE**

    On August 18, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                                    /s/ Thomas C. Rollins, Jr._____
                                                    Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>MICHAEL CHASE LOFTIN<br>CAITLAN NICOLE LOFTIN | CASE NO: 24-01954<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 4/18/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/18/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>MICHAEL CHASE LOFTIN<br>CAITLAN NICOLE LOFTIN | CASE NO: 24-01954<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 4/18/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/18/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

```
 LABEL MATRIX FOR LOCAL NOTICING      ALLY CAPITAL                          ALLY CAPITAL CO AIS PORTFOLIO SERVICES
NCRS ADDRESS DOWNLOAD                 CO OLIVIA SPENCER  ESQ                LLC
CASE 24-01954                         1855 CRANE RIDGE DRIVE   SUITE D      4515 N SANTA FE AVE DEPT APS
SOUTHERN DISTRICT OF MISSISSIPPI      JACKSON  MS 39216-4944                OKLAHOMA CITY  OK 73118-7901
FRI APR 18 10-1-25 PST 2025


~~EXCLUDE~~                           ~~EXCLUDE~~                           ~~EXCLUDE~~
~~(U)REGIONS BANK~~                   ~~US BANKRUPTCY COURT~~               ~~(D)ALLY CAPITAL~~
                                      ~~THAD COCHRAN US COURTHOUSE~~        ~~CO AIS PORTFOLIO SERVICES  LLC~~
                                      ~~501 E COURT STREET~~                ~~4515 N SANTA FE AVE DEPT APS~~
                                      ~~SUITE 2300~~                        ~~OKLAHOMA CITY OK 73118 7901~~
                                      ~~JACKSON  MS 39201-5036~~


ALLY FINANCIAL  INC                   (P)BELMONT FINANCE LLC                BROOKHAVEN RADIOLOGY PLLC
ATTN BANKRUPTCY                       300 PLOVER ROAD                       CO FRANKLIN SERVICE INC
500 WOODARD AVE                       PLOVER WI 54467-9401                  PO BOX 3910
DETROIT  MI 48226-3416                                                      TUPELO  MS 38803-3910


CAPITAL ONE                           CAPITAL ONE  NA                       CAVALRY SPV I  LLC AS ASSIGNEE OF
ATTN BANKRUPTCY                       BY AIS INFOSOURCE LP AS AGENT         CITIBANK
PO BOX 30285                          4515 N SANTA FE AVE                   PO BOX 4252
SALT LAKE CITY  UT 84130-0285         OKLAHOMA CITY  OK 73118-7901          GREENWICH  CT 06831-0405


CREDIT BUREAU SYSTEMS                 CREDIT COLLECTION                     CREDIT ONE BANK
25 JEFFERSON ST                       ATTN BANKRUPTCY                       6801 CIMARRON RD
STE 200A                              725 CANTON ST                         LAS VEGAS  NV 89113-2273
CLARKSVILLE  TN 37040-4657            NORWOOD  MA 02062-2679


FAST FUND                             INTERNAL REVENUE SERVI                INTERNAL REVENUE SERVI
PO BOX 193                            CENTRALIZED INSOLVENCY                CO US ATTORNEY
BATESLAND  SD 57716-0193              PO BOX 7346                           501 EAST COURT ST
                                      PHILADELPHIA  PA 19101-7346           STE 4430
                                                                            JACKSON  MS 39201-5025


KINGS DAUGHTERS MEDICA                NATALIE BROWN  ESQ                    ONE MAIN FINANCIAL
427 US51                              RUBIN LUBLIN  LLC                     ATTN BANKRUPTCY
BROOKHAVEN  MS 39601                  FOR REGIONS BANK                      PO BOX 3251
                                      3145 AVALON RIDGE PLACE  SUITE 100    EVANSVILLE  IN 47731-3251
                                      PEACHTREE CORNERS  GA 30071-1570


ONEMAIN FINANCIAL GROUP  LLC          PERFECTION COLLECTION                 (P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 3251                           313 E 1200 S                          PO BOX 41067
EVANSVILLE  IN 47731-3251             SUITE 102                             NORFOLK VA 23541-1067
                                      OREM  UT 84058-6910


REGIONS BANK                          REGIONS MORTGAGE                      STATCARE PLLC
PO BOX 1860                           ATTN BANKRUPTCY                       CO FRANKLIN SERVICE INC
MEMPHIS  TN 38101-1860                PO BOX 18001                          PO BOX 3910
                                      HATTIESBURG  MS 39404-8001            TUPELO  MS 38803-3910
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
SUNRISE CREDIT SERVICE          US ATTORNEY GENERAL              EXCLUDE
ATTN BANKRUPTCY                 US DEPT OF JUSTICE               UNITED STATES TRUSTEE
260 AIRPORT PLAZA               950 PENNSYLVANIA AVENW           501 EAST COURT STREET
FARMINGDALE  NY 11735-3946      WASHINGTON  DC 20530-0001        SUITE 6-430
                                                                 JACKSON  MS 39201-5022


                                                                 EXCLUDE
(P)VERITAS INSTRUMENT RENTAL    CAITLAN NICOLE LOFTIN            (P)DAVID RAWLINGS
PO BOX 950                      140 STONYBROOK TRAIL SE          ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PINELLAS PARK FL 33780-0950     BOGUE CHITTO  MS 39629-4238      PO BOX 566
                                                                 HATTIESBURG MS 39403-0566


DEBTOR                          EXCLUDE
MICHAEL CHASE LOFTIN            THOMAS CARL ROLLINS JR
140 STONYBROOK TRAIL SE         THE ROLLINS LAW FIRM  PLLC
BOGUE CHITTO  MS 39629-4238     PO BOX 13767
                                JACKSON  MS 39236-3767
```