United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 24-01954-KMS
Michael Chase Loftin Chapter 13
Caitlan Nicole Loftin
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: May 28, 2025     Form ID: 3180W     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Chase Loftin, Caitlan Nicole Loftin, 140 Stonybrook Trail SE, Bogue Chitto, MS 39629-4238 |
| cr | + | Ally Capital, c/o Olivia Spencer, Esq., 1855 Crane Ridge Drive, Suite D, Jackson, MS 39216, UNITED STATES 39216-4944 |
| 5409940 | ++ | BELMONT FINANCE LLC, 300 PLOVER ROAD, PLOVER WI 54467-9401 address filed with court:, Belmont Finance, P.O. Box 152, Waupaca, WI 54981 |
| 5409948 | | Kings Daughters Medica, 427 US-51, Brookhaven, MS 39601 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5423855 | + | EDI: AISACG.COM | May 28 2025 23:26:00 | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 5409939 | + | EDI: GMACFS.COM | May 28 2025 23:26:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 5411184 | + | Email/Text: FSBank@franklinservice.com | May 28 2025 19:27:00 | Brookhaven Radiology PLLC, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |
| 5409941 | + | EDI: CAPITALONE.COM | May 28 2025 23:26:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5414844 | + | EDI: AIS.COM | May 28 2025 23:26:00 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5416699 | + | Email/Text: bankruptcy@cavps.com | May 28 2025 19:27:00 | Cavalry SPV I, LLC as assignee of Citibank, N.A./T, PO Box 4252, Greenwich, CT 06831-0405 |
| 5409942 | ^ | MEBN | May 28 2025 19:24:14 | Credit Bureau Systems, 25 Jefferson St, Ste 200a, Clarksville, TN 37040-4657 |
| 5409943 | + | EDI: CCS.COM | May 28 2025 23:26:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5409944 | + | Email/PDF: creditonebknotifications@resurgent.com | May 28 2025 19:43:15 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5409947 | + | Email/Text: ebone.woods@usdoj.gov | May 28 2025 19:27:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5409946 | | EDI: IRS.COM | May 28 2025 23:26:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 28, 2025 | Form ID: 3180W | Total Noticed: 25 |

| Recip ID | | Bypass/Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| 5413690 | + | Email/Text: BKNC@rlselaw.com | May 28 2025 19:27:00 | Natalie Brown, Esq., Rubin Lublin, LLC, for Regions Bank, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071-1570 |
| 5409949 | + | EDI: AGFINANCE.COM | May 28 2025 23:26:00 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5415829 | | EDI: AGFINANCE.COM | May 28 2025 23:26:00 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5421396 | | EDI: PRA.COM | May 28 2025 23:26:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5437647 | + | Email/Text: newbk@Regions.com | May 28 2025 19:27:00 | Regions Bank, PO Box 1860, Memphis, TN 38101-1860 |
| 5409951 | + | Email/Text: shawn.temple@regions.com | May 28 2025 19:27:00 | Regions Mortgage, Attn: Bankruptcy, Po Box 18001, Hattiesburg, MS 39404-8001 |
| 5411185 | + | Email/Text: FSBank@franklinservice.com | May 28 2025 19:27:00 | Statcare PLLC, c/o Franklin Service Inc, Po Box 3910, Tupelo, MS 38803-3910 |
| 5409952 | + | Email/Text: bankruptcy@sunrisecreditservices.com | May 28 2025 19:27:00 | Sunrise Credit Service, Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 5409953 | ^ | MEBN | May 28 2025 19:24:28 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5409954 | | Email/Text: bk@veritasrental.com | May 28 2025 19:27:00 | Veritas Instrument, Attn:: Bankruptcy, 12475 44th St. N, Clearwater, FL 33762 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | REGIONS BANK |
| cr | *+ | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5409945 | ##+ | Fast Fund, PO Box 193, Batesland, SD 57716-0193 |
| 5409950 | ##+ | Perfection Collection, 313 E 1200 S, Suite 102, Orem, UT 84058-6910 |

TOTAL: 1 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2025         Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: May 28, 2025 | Form ID: 3180W | Total Noticed: 25 |

    ecfnotices@rawlings13.net sduncan@rawlings13.net

Natalie Kareda Brown
    on behalf of Creditor REGIONS BANK nbrown@rlselaw.com
    lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

Olivia Spencer
    on behalf of Creditor Ally Capital spencer@kingandspencer.net

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Caitlan Nicole Loftin trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Michael Chase Loftin trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | **Michael Chase Loftin** | Social Security number or ITIN | xxx–xx–3515 |
| | First Name   Middle Name   Last Name | EIN    _ _–_ _ _ _ _ _ _ | |
| Debtor 2 | **Caitlan Nicole Loftin** | Social Security number or ITIN | xxx–xx–9413 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN    _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | | |
| Case number:   **24–01954–KMS** | | | |

# Order of Discharge                                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Michael Chase Loftin**                         **Caitlan Nicole Loftin**
aka Micheal Chase Loftin

Dated: 5/28/25                                  **By the court:**   /s/Katharine M. Samson
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**